

# Fourth Court of Appeals
## San Antonio, Texas

February 1, 2019

No. 04-19-00064-CV

**IN RE** Sandra Ann **ZARATE**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
               Rebeca C. Martinez, Justice
               Beth Watkins, Justice

On January 31, 2019, relator filed a petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court **no later than February 19, 2019.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's Emergency Motion to Stay is GRANTED. The trial court's Order of Contempt is STAYED pending final resolution of the petition for writ of mandamus.

Relator's motion to transfer the record from an appeal to this mandamus proceeding is GRANTED for the purpose of allowing the parties to this original proceeding to cite as necessary to the record. The Clerk of this court is directed to transfer a copy of the clerk's record and reporter's record in appellate cause number 04-18-00669-CV to this cause number 04-19-00064-CV.

It is so **ORDERED** on February 1, 2019.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 04-10-20415-MCVAJA, styled *In the Matter of the Marriage of Sandra Ann Zarate and Sergio Rene Zarate*, pending in the 365th Judicial District Court, Maverick County, Texas. The Honorable Amado J. Abascal, III signed the order at issue in this proceeding.